FILED

09/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0563

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0563

_____

JORY RUSSELL STRIZICH,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 25 2024